IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONNING ENGINEERING COMPANY, INC., a Kansas corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:08CV495 |
| BE&K CONSTRUCTION COMPANY, a Delaware corporation, and BE&K CONSTRUCTION COMPANY, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

On November 26, 2008, the defendants requested, and were granted, an extension of time to December 30, 2008 in which to answer or otherwise respond to the Complaint. Consequently, the parties were ordered to file their Rule 26(f) planning report by January 16, 2009.

Plaintiff now requests an extension of time in which to file the Report of Parties' Rule 26(f) Planning Conference because the defendants have not yet filed a responsive pleading. The plaintiff has not requested an entry of default.

Upon review of the file,

**IT IS ORDERED** that the motion (Doc. 19) is granted, as follows:

1. The parties shall file their Rule 26(f) planning report no later than **February 5, 2009.**

2. Defendants, BE&K Construction Company and BE&K Construction Company, LLC, shall file their corporate disclosure statements in accordance with Fed. R. Civ. P. 7.1 no later than **January 21, 2009** or show cause why they are exempt from this requirement.

**DATED January 16, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**