IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONNING ENGINEERING COMPANY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:08CV495** |
| | ) | |
| **BE&K CONSTRUCTION COMPANY and** | ) | **SCHEDULING ORDER** |
| **BE&K CONSTRUCTION COMPANY, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon review of the Report of Parties' Planning Conference (Doc. 27), and at the parties' request,

**IT IS ORDERED** that the court will delay entering an initial progression order, to facilitate immediate negotiations or mediation. Counsel shall file a joint status report no later than **March 20, 2009**, regarding the progress of their settlement discussions.

DATED February 23, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge