## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONNING ENGINEERING COMPANY, INC.**, a Kansas corporation, | ) ) ) | CASE NO. 8:08CV495 |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | **ORDER OF DISMISSAL** |
| **BE&K CONSTRUCTION COMPANY**, a Delaware corporation, and **BE&K CONSTRUCTION COMPANY, LLC**, a Delaware limited liability company, | ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal of All Claims. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal (Filing No. 29) is approved, and the relief requested therein is granted;

2. The Complaint and all claims and counterclaims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 9th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge